## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC SCHUSTER | * |
| 310 Glydon Mews Court | * |
| Reisterstown, MD 21136 | * |
| | * |
| Plaintiff | * |
| | * |
| Vs. | * |
| | * Case No: 17-1323 |
| NAVIENT CORPORATION | * |
| 123 Justison Street | * |
| Suite 300 | * |
| Wilmington, DE 19801 | * |
| | * |
| Serve On: | * |
| Jack Remondi, CEO | * |
| 123 Justison Street | * |
| Suite 300 | * |
| Wilmington, DE 19801 | * |
| | * |
| | * |
| Defendant | * |

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## <u>COMPLAINT</u>

By and through undersigned counsel, Plaintiff Eric Schuster files the following

Complaint and alleges as follows:

1.      This Court has jurisdiction over this matter pursuant to 28 USC § 1332(a) because

there is complete diversity of citizenship and the amount in controversy exceeds $75,000.

2.      Venue is appropriate in this Court pursuant to 28 USC §1391 because a

substantial part of the events or omissions giving rise to the claims stated herein occurred in this

jurisdiction.

3.      Plaintiff Eric Schuster a resident of Baltimore County, MD.

4.      Defendant Navient Corporation ("Navient") is a company that owns and manages student loans.   Navient is the successor to the student loans held by Sallie Mae for Plaintiff's daughter, Arianna Schuster.

5.      On March 13, 2012, Arianna Schuster applied for a Smart Option Student Loan through Sallie Mae in the amount of $7,000.

6.      In the application, she identified her father, Eric Schuster, as the co-signer. In so doing, Arianna used Plaintiff's Social Security Number without his authorization and electronically signed the application for him without his authorization.

7.      The application lists the wrong home address, phone number, and wrong email address for Plaintiff.

8.      On May 22, 2012, Arianna Schuster applied for a Smart Option Student Loan through Sallie Mae in the amount of $22,000.

9.      In the application, Arianna Schuster identified her father, Eric Schuster, as the co-signer. In so doing, Arianna Schuster used Plaintiff's Social Security Number without his authorization and electronically signed the application for him without his authorization.

10.      The application lists the wrong home address, phone number, and wrong email address for Plaintiff.

11.      On May 22, 2012, Arianna Schuster applied for a third Smart Option Student Loan through Sallie Mae in the amount of $13,500.

12.      In the application, Arianna Schuster identified her father, Eric Schuster, as the co-signer. In so doing, Arianna used Plaintiff's Social Security Number without his authorization and electronically signed the application for him without his authorization.

13.     The application lists the wrong home address, phone number, and wrong email address for Plaintiff.

14.     On August 20, 2014, Arianna Schuster applied for a fourth Smart Option Student Loan through Sallie Mae in the amount of $19,000.

15.     In the application, Arianna Schuster identified her father, Eric Schuster, as the co-signer. In so doing, Arianna used Plaintiff's Social Security Number without his authorization and electronically signed the application for him without his authorization.

16.     The application lists the wrong home address, phone number, and wrong email address for Plaintiff.

17.     All of the above-described student loan applications were granted and ultimately Sallie Mae issued loans totaling $83,500 on which Plaintiff was identified as the co-signer (collectively, the "Loans").

18.     At no time, with regard to any of the above-described applications, did Sallie Mae make any attempt to confirm the incorrect information pertaining to the Plaintiff, confirm that Plaintiff was, in fact, cosigning the application, confirm that Plaintiff was authorizing his daughter to use his personal information on the application, or confirm that he was authorizing his daughter to submit this application with him as the co-signer.

## COUNT I: DECLARTORY JUDGMENT

19.     Plaintiff incorporates Paragraphs 1 through 18 by reference as if fully set forth herein.

20.     An actual controversy has arisen between Plaintiff and Defendant with regard to whether Plaintiff should be bound s co-signer with regard to the Loans.

WHEREFORE, Plaintiffs are entitled to a declaratory judgment pursuant to 28 USC § 2201, declaring the following:

      A.  That Plaintiff is not a co-signer or co-obligor with regard to any of the Loans;

      B.  Any reporting to a credit reporting agency that Plaintiff is a co-signer on any Loan and/or that Plaintiff is delinquent on any Loan be removed; and

      C.  Such other and further relief as the nature of their cause may require.

## COUNT II: NEGLIGENCE

21.    Plaintiff incorporates Paragraphs 1 through 20 by reference as if fully set forth herein.

22.    Sallie Mae owed Plaintiff a duty to ensure that Plaintiff, in fact, intended to be a co-signer on any student loan applications filed by Arianna Schuster and on which Plaintiff was listed as co-signer.

23.    Sallie Mae breached that duty by failing to take any steps whatsoever to (1) confirm the information provided by Arianna Schuster; and/or (2) confirm that Plaintiff was authorizing Arianna Schuster to list him as a co-signer on any application; and/or (3) confirm that Plaintiff intended to be a co-signer on any student loan applications submitted by Arianna Schuster.

24.    Plaintiff has been damaged as a proximate result.

WHEREFORE, the Plaintiff prays for the following relief against Defendant:

      A.  An award of compensatory damages in an amount to be determined at trial, but which are at a minimum, $100,000;

      B.  Plaintiffs' costs including attorneys' fees as well as pre and post judgment interest; and

C.  Such other and further relief as the nature of their cause may require.


Respectfully submitted,
        /s/
_____
Michael P. Coyle, Bar No. 16202
THE COYLE LAW GROUP
6700 Alexander Bell Drive, Ste 200
Columbia, MD 21046
410-884-3180 (Tel.)
443-972-9043 (Fax)

Attorney for Plaintiff

DATED:        May 16, 2017